UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAGELA AILA RODRIGUES DA SILVA
Plaintiff(s),

v.

U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
Defendant(s).

Civil Action No. 26-13854-JEK

**JUDGMENT**

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated August 25, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Ragela Laila Rodrigues da Silva.

Dated: September 3, 2026

/s/ Haley Currie

Deputy Clerk